UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JERI'YAH FORD,

                                                                    **Docket No.:** 1:25-cv-00364 (AMN/DJS)

                         Plaintiff,

                                                                    **NOTICE OF REMOVAL**
            -against-

CITY OF TROY, TROY CITY SCHOOL DISTRICT,
RICHARD HURLEY (Individually),

                         Defendants.
-------------------------------------------------------------------------X


        **PLEASE TAKE NOTICE that Defendants, Troy City School District (the "District")**

**and Richard Hurley (collectively, "Defendants"),** by and through their attorneys, SILVERMAN

AND ASSOCIATES, hereby remove this action to the United States District Court for the

Northern District of New York, pursuant to 28 U.S.C. §§1441 and 1331.

        1.      This action was commenced against the Defendants, in the Supreme Court of the

State of New York, County of Rensselaer, by the filing of a Summons and Complaint with the

Clerk of the Court on or about January 29, 2025.  See Exhibit "A" attached hereto.

        2.      The Summons and Complaint pleads a violation of Title VI of the Civil Rights Act

of 1964.

        3.      The Plaintiff's claims, therefore, raise a federal question under Title VI of the Civil

Rights Act of 1964.

        4.      In addition to the above, this cause of action is one over which this Court has

original jurisdiction pursuant to 28 U.S.C. §1331, in that the Plaintiff has alleged a cause of action

1

arising under federal statute.  By virtue of 28 U.S.C. §1441(a), this cause of action is removable to this Court

5. The District was purportedly served with a copy of the Summons and Complaint on or about March 3, 2025.

6. Richard Hurley was purportedly served with a copy of the Summons and Complaint on or about March 3, 2025 via service on the District's District Clerk and via mail on March 4, 2025.

7. In accordance with 28 U.S.C. §1446(b), this Notice of Removal is filed within 30 days after receipt by the Defendants of a copy of the initial pleading.

8. Based upon the facts set forth above, this Notice of Removal is timely under 28 U.S.C. §1446(b).

9. Pursuant to 28 U.S.C. §1446(a), a copy of the Summons and Complaint and any which process, pleadings or orders served or filed by the parties in the Supreme Court of the State of New York, County of Rensselaer in this matter, are attached hereto as Exhibit "A" and made a part of this Notice by reference.

10. The District will pay all costs (disbursements) by reason of this removal proceeding should it be determined that this case is not removable or is improperly removed.

11. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, and without waiver of any substantial or procedural defenses, the Defendants request that this Court assume jurisdiction over this action and make such further orders herein as may be required to properly determine its controversy.

Dated: White Plains, New York
       March 24, 2025

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

BY: _____

Lewis R. Silverman
Attorneys for Defendants
*Troy City School District and*
*Richard Hurley*
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(914) 574-4510

TO:   Via NYSCEF, Email, and First Class Mail
      Jasper L. Mills, Esq.
      *Attorney for Plaintiff*
      Mills Law Group, PLLC
      99 Pine Street, Suite 107
      Albany, New York 12207
      (518) 265-5494
      millslawgroup@outlook.com

      Richard T. Morrissey
      Acting Corporation Counsel
      *Attorneys for City of Troy*
      Troy City Hall
      433 River Street, Suite 5000
      Troy, New York 12180
      (518) 279-7157

3

Richard.morrissey@troyny.gov